IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEBRA MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| SCHNUCK MARKETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Comes now the plaintiff, Debra McDaniel, by and through her attorney, Derek J. Siegel of Kuehn, Beasley & Young, P.C., and for her Complaint against defendant, Schnuck Markets, Inc., states as follows:

1. Plaintiff is and was at all times relevant a resident of St. Clair County, Illinois.

2. Defendant, Schnuck Markets, Inc. is a Missouri corporation, registered to do business in Illinois that does business in St. Clair County, Illinois.

3. At all times relevant, defendant, Schnuck Markets, Inc. owned, operated, and/or maintained the Schnucks store located on Highway 50 in O'Fallon, St. Clair County, Illinois, along with the floors, exits and entranceways inside the building at said location ("the premises").

4. On or about September 9, 2016, plaintiff was an invitee lawfully on the premises when she attempted to walk on an entranceway/exit on the premises near the Redbox DVD machine. At or about the same time and place and at all times exercising due care and caution, she slipped and fell because of a dangerous condition on the premises.

5. As a direct and proximate result of one or more of the following acts or omissions, plaintiff suffered injuries to her right wrist, right shoulder, right hip, right knee, and right side of her body.

## Count I: Negligence vs. Schnuck Markets, Inc.

6. Plaintiff re-alleges Paragraphs 1 through 5 as if fully stated herein.

7. Defendant, Schnuck Markets, Inc. had a duty to everyone lawfully on the premises to maintain the premises, including but not limited to the floor, entranceways and exits in a reasonably safe condition.

8. Defendant, Schnuck Markets, Inc. was negligent in one or more of the following manners:

   a. Carelessly and negligently spilt clear liquid onto a walking surface inside the premises;

   b. Carelessly and negligently failed to adequately dry or mop up clear liquid on a walking surface inside the premises;

   c. Carelessly and negligently failed to manage and/or supervise maintenance of the walking surfaces inside the premises;

   d. Carelessly and negligently failed to properly inspect the premises wherein plaintiff was caused to fall;

   e. Carelessly and negligently failed to provide a safe means of ingress and egress;

   f. Carelessly and negligently failed to warn people about the dangerous condition on the premises as a result of a clear liquid on a walking surface inside the premises.

9. As a direct and proximate result of defendant's breaches of its duties to maintain the premises in a reasonably safe condition, plaintiff was injured, including but not limited to suffering a fractured right wrist.

10. As a result of the above-stated personal injury, plaintiff has incurred and likely will continue to incur medical bills, and she has suffered and will likely continue to suffer loss of enjoyment of life and severe pain and suffering.

Wherefore, plaintiff, Debra McDaniel, requests judgment against defendant, Schnuck Markets, Inc., in an amount exceeding $50,000, together with costs of suit and any other relief that the Court deems just.

KUEHN, BEASLEY & YOUNG, P.C.

By:___/s/ Derek Siegel_____
    Derek J. Siegel #6307618
    23 South First Street
    Belleville, Illinois 62220
    Phone:  (618) 277-7260
    Fax:  (618) 277-7718
    dereksiegel@kuehnlawfirm.com
    ATTORNEYS FOR PLAINTIFF