IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBRA MCDANIEL, ) | |
| ) | |
| *Plaintiff,* ) | CASE NO.  19-CV-965-GCS |
| vs. ) | |
| ) | |
| SCHNUCK MARKETS, INC., ) | |
| ) | |
| *Defendant.* ) | |

JUDGMENT IN A CIVIL CASE

IT IS HEREBBY ORDERED AND ADJUDGED that pursuant to the Order entered by this Court on May 28, 2020 (Doc. 24), this case is **DISMISSED with prejudice and with each party to bear its own costs.**

IT IS SO ORDERED.

DATED:  July 30, 2020

MARGARET M. ROBERTIE
CLERK OF COURT

By: *s/ Dana M. Winkeler*
Deputy Clerk

APPROVED:

*s/ Gilbert C. Sison*
HON. GILBERT C. SISON
UNITED STATES MAGISTRATE JUDGE